# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1007
_____

A.L.G., Mother of Z.R.B.,
G.M.B., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Randall Todd Harris, Judge.


September 17, 2024

PER CURIAM.

DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.*, 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

LEWIS, ROBERTS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

A.L.G., pro se, Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services,
Tallahassee, for Appellee; Sara Elizabeth Goldfarb, Statewide
Director of Appeals and Caitlin E. Burke, Senior Attorney,
Appellate Division, Statewide Guardian ad Litem, Tallahassee.